UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA KING,

     Plaintiff(s),

v.

JATINDER SINGH RAKKAR, et al.,

     Defendant(s).

Case No. 25-cv-11661

Honorable Robert J. White

## ORDER FOR FACILITATIVE MEDIATION

After conferring with the parties, the court believes that "mediation will assist in the resolution of the case." E.D. Mich. LR 16.4(a)(2). Accordingly, this case is referred to facilitative mediation pursuant to Local Rule 16.4 with the following instructions:

1.    Edward Souweidane is appointed Mediator. The parties must contact and provide the Mediator with a copy of this Order as soon as practicable and shall divide equally the costs for the Mediator's services in this matter.

2.    The mediation shall occur on September 9, 2026 at 9:30 a.m.

3.      The following persons shall be present at the mediation:

 a.  Attorneys in principal charge of the case;

 b.  Plaintiff;

 c.  Representative of Defendants with complete settlement authority.

4.      Oral or written statements made for or during mediation by anyone are inadmissible in any evidentiary proceeding, and the Mediator may not be called to testify about the mediation.

5.      No later than seven days after the mediation, the Mediator must notify the Court of "only the date of completion, who participated, whether settlement was reached, and whether further ADR proceedings are contemplated." *Id.* at 16.4(e)(6).

6.      If a settlement is reached, the Parties must notify the Court immediately and then promptly submit "appropriate documents to conclude the case." *Id.* at 16.4(e)(7).

SO ORDERED.

Dated: February 9, 2026                    s/Robert J. White
                                           Robert J. White
                                           United States District Judge

2

**STIPULATED TO:**

MIKE MORSE LAW FIRM

By: /s/ Mattew R. Bates (w/ permission)

    Matthew R. Bates (P72004)

    Daniel S. Hohf (P83675)

    24901 Northwestern Highway, Suite 700

    Southfield Michigan 48075-1816

    248.281.9143 p | 248.621.2879 f

    matt.bates@855mikewins.com

    leslie.kiesznowski@855mikewins.com

    *Attorneys for plaintiff*

WILSON ELSER MOSKOWITZ
 EDELMAN & DICKER LLP

By: /s/ Katherine Beres

    William S. Cook (P68934)

    Katherine M. Beres (P81014)

    17197 N. Laurel Park Drive, Suite 201

    Livonia, Michigan 48152

    313.327.3100 p | 313.327.3101 f

    william.cook@wilsonelser.com

    kate.beres@wilsonelser.com

    *Attorneys for defendants*